UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA D. WALK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-00241-JRS-MG |
| FRONTIER COMMUNICATIONS, | ) ) ) |
| Defendant. | ) ) |

**Order**

Plaintiff Joshua D. Walk having failed to explain why he did not prosecute this action, the Court **adopts** the recommendation of the Magistrate Judge that this action be dismissed with prejudice, and **dismisses** this action **with prejudice**.

**SO ORDERED.**

Date: 12/17/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joshua D. Walk
214 E. 8th St.
Bicknell, IN 47512