UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA D. WALK, | ) |
|        Plaintiff, | ) |
|        v. | )   No. 2:21-cv-00241-JRS-MG |
| FRONTIER COMMUNICATIONS, | ) |
|        Defendant. | ) |

## Judgment

Plaintiff Joshua D. Walk shall take nothing by way of his complaint and this action is dismissed with prejudice. The Clerk shall close this case. This is a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

Date: 12/17/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Joshua D. Walk
214 E. 8th St.
Bicknell, IN 47512